**JUDGE CHIN**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

      - v. -     :     08 Cr.

JACQUELINE MONTGOMERY,    **08 CRIM 513**

      Defendant.    :

- - - - - - - - - - - - - - - - - x

<u>COUNT ONE</u>

The Grand Jury charges:

From at least in or about June 2004, through in or about February 2006, in the Southern District of New York and elsewhere, JACQUELINE MONTGOMERY, the defendant, unlawfully, willfully and knowingly, did embezzle, steal, purloin, and convert to her own use and the use of another, money and things of value of the United States and a department and agency thereof, to wit, the United States Department of Housing and Urban Development ("HUD"), and did receive, conceal, and retain the same with intent to convert it to her own use and gain, knowing it to have been embezzled, stolen, purloined and converted, the value of which exceeded $1,000, to wit, JACQUELINE MONTGOMERY received federal housing subsidies, to which she was not entitled, through fraud and deceit.

(Title 18, United States Code, Section 641.)


_____          _____
FOREPERSON  6/6/08                MICHAEL J. GARCIA
                                  United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JACQUELINE MONTGOMERY,

Defendant.

INDICTMENT

08 Cr.

(18 U.S.C. § 641)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*[signature]*
Foreperson.

6-6-08 *JD* Filed Indictment Case assigned to Judge Chin

Pitman
USMJ