# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
Executive Director

August 28, 2008

Southern District of New York
John J. Byrnes
Attorney-in-Charge

**BY FACSIMILE**
Honorable Denny Chin
United States District Judge
Southern District of New York
500 Pearl Street, Room 1020
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/08

Re: **United States v. Jacqueline Montgomery**
    **08 Cr. 513 (DC)**

Dear Judge Chin:

This letter is respectfully submitted on behalf of my client Jacqueline Montgomery, to request an adjournment of her status conference, currently scheduled for Thursday, September 4, 2008. Ms. Montgomery is engaged in plea discussions with the Government and we require some additional time to finalize our negotiations. I have spoken with Amy Lester, Esq., on behalf of the Government, and she has consented to this application. I have been advised by Your Honor's Court Deputy that an adjournment to October 7, 2008 at 4:00 P.M., is convenient to the Court.

If the Court grants this application, I respectfully request that the Court exclude the time from speedy trial calculations pursuant to 18 U.S.C. §3161(h)(8), in the interests of justice.

Thank you for your consideration of this request.

Respectfully submitted,

Robert M. Baum
Assistant Federal Defender
Tel.: (212) 417-8760

SO ORDERED:

HONORABLE DENNY CHIN
United States District Judge

cc: Amy Lester, Esq.,
    Assistant United States Attorney

TOTAL P.002